

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-15-00347-CR |
| | § | |
| | | Appeal from |
| EX PARTE:  CESAR CORDERO | § | |
| | | 120th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC # 20110D05095-120-01) |
| | § | |

## J U D G M E N T

The Court has considered this cause on State's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court.  We therefore dismiss the appeal.  We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF AUGUST, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.